FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLAKE CHAPMAN and ALICIA CHAPMAN, individually and as the marital community thereof, | No. 2:23-CV-00201-MKD |
| Plaintiffs, | ORDER OF DISMISSAL |
| vs. | **ECF No. 9** |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation, doing business in the State of Washington; BILL JONES CONSULTING LLC, a Washington Limited Liability Company, doing business as A-1 CONSTRUCTION AND REMODELING, | |
| Defendants. | |

Before the Court is the parties'[1] Stipulated Dismissal With Prejudice and

Without Costs and Fees, ECF No. 9.  The parties stipulate to dismissal of "all

---

[1] Alicia Chapman joins in this stipulation.  Ms. Chapman was reportedly named as

ORDER - 1

claims and causes of action by Plaintiffs against Defendants," with prejudice and

without an award of fees or costs to any party.  ECF No. 9 at 1-2.  Pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by

filing a stipulation of dismissal signed by all parties who have appeared.  The

stipulation is signed by all parties who have appeared.

Defendant Bill Jones Consulting LLC has not appeared in this matter.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without

court order by filing a notice of dismissal before the opposing party serves either

an answer or a motion for summary judgment.  As the Stipulated Dismissal

pertains to "Defendants," not just to Defendant Allstate, ECF No. 9 at 2, the Court

construes it to serve as Plaintiffs' notice of dismissal, filed before Defendant Bill

Jones Consulting served an answer or motion for summary judgment.

Accordingly, **IT IS ORDERED:**

1.      The parties' Stipulated Dismissal With Prejudice and Without Costs

and Fees, **ECF No. 9**, is **GRANTED.**

---

a plaintiff in the original complaint filed in Spokane County Superior Court on

June 12, 2023, but not a named plaintiff in the Amended Complaint filed on June

13, 2023.  ECF No. 1 at 2 ¶ 1.

ORDER - 2

1    2.    Pursuant to Rule 41(a)(1)(A)(i)-(ii) and the parties' stipulation, all

2    claims are **DISMISSED with prejudice**, without an award of fees or costs.

3    3.    Any pending motions are **DENIED as moot.**

4    4.    All hearings and other deadlines are **STRICKEN.**

5    **IT IS SO ORDERED.**  The District Court Executive is directed to file this

6    order, provide copies to counsel, and **CLOSE** the file.

7    DATED October 19, 2023.

8    _s/Mary K. Dimke_
     MARY K. DIMKE
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

ORDER - 3